PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 4:17CV0131 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| S.H. BELL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

The United States of America's Notice of Lodging of Proposed Consent Decree provides in pertinent part: "If the United States receives any public comments, it will consider and file with the Court any written comments on the proposed Consent Decree along with the United States' response to those comments." ECF No. 2 at PageID #: 18, ¶ 5.

The Court has received one comment in objection (February 24, 2017).

On or before March 16, 2017, Plaintiff shall either: (1) notify the Court of its withdrawal of the proposed Consent Decree, or (2) file with the Court any written comments on the proposed Consent Decree along with the United States' response to those comments and move the Court to enter the proposed Consent Decree. ECF No. 2 at PageID #: 18, ¶ 7.

IT IS SO ORDERED.

| | |
|---|---|
| March 3, 2017 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |