PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 4:17CV0131 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| S.H. BELL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

The United States of America's Motion for Entry of Consent Decree (ECF No. 6) is pending before the Court.

The Court has received a Second Submission of the Manganese Interest Group (MIG) regarding United States' Memorandum in Support of Motion for Entry of Consent Decree, dated June 30, 2017 ("Second Submission").

On or before July 21, 2017, the United States shall consider and file with the Court the Second Submission along with the United States' response to this supplemental public comment.

IT IS SO ORDERED.

| | |
|---|---|
| July 7, 2017 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |