IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|                              |   |                              |
|------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA,    | ) |                              |
|                              | ) |                              |
| Plaintiff,                   | ) | Case No. 4:17-cv-00131-BYP   |
|                              | ) |                              |
| vs.                          | ) | Hon. Benita Y. Pearson       |
|                              | ) |                              |
| S.H. BELL COMPANY,           | ) |                              |
|                              | ) |                              |
| Defendant.                   | ) |                              |

## DECLARATION OF SHILPA PATEL

I, Shilpa Patel, declare and state as follows:

1.     The following declaration is made in conjunction with the *United States'
Supplemental Memorandum in Support of Motion for Entry of Consent Decree*. The statements in
this declaration are based on my personal knowledge and my experience as an Environmental
Engineer for the United States Environmental Protection Agency ("U.S. EPA").

2.     I am currently employed as an Environmental Engineer in the Air Enforcement and
Compliance Assurance Branch, Ohio and Minnesota Section, Region 5. I have been employed as
an Environmental Engineer with U.S. EPA since 2003.

3.     I have earned a Bachelor of Science degree in Chemical Engineering from the University of Illinois Urbana-Champaign.

4.     I have been the technical enforcement lead on the investigation of ambient manganese emissions from the facility owned and operated by the S.H. Bell Company in East Liverpool, Ohio and Ohioville, Pennsylvania (the "S.H. Bell Facility") and related issues since approximately 2012. I have been involved in multiple inspections of the S.H. Bell Facility, data gathering, data analysis, and coordination efforts between EPA Region 5, EPA Region 3, Ohio EPA, ATSDR, and EPA's Office of Research and Development.

5.     On November 16, 2016, I participated in a conference call with representatives of Ohio EPA and the Pennsylvania Department of Environmental Protection ("PADEP"). During the call we discussed the data underlying EPA's concern that ambient manganese emissions from the S.H. Bell Facility might pose an endangerment to the public health or welfare of the residents of East Liverpool, Ohio and Glasgow, Pennsylvania and made inquiries of the State agencies as to whether there were any concerns regarding the accuracy of that information. This data included the East Liverpool and Glasgow ambient manganese monitoring data, meteorological data, a 2010 report prepared by EPA's National Enforcement Information Center on the morphology and speciation of the collected ambient East Liverpool monitoring filters concluding that the manganese particles found were consistent with a grinding process, and the EPA RARE Grant Study (aka the East Liverpool Health Study), as well as the 2016 ATSDR Report concluding that a public health hazard was present.

2

6.     On December 1, 2016, I participated in a meeting with local authorities at the East Liverpool, Ohio town hall. Attendees at the meeting included representatives of EPA Region 5, EPA Region 3, the U.S. Department of Justice, the mayors of East Liverpool and Glasgow, and health and safety officials from East Liverpool. As with the November 16 conference call, at this meeting we again discussed the data underlying EPA's concern that ambient manganese emissions from the S.H. Bell Facility might pose an endangerment to the public health or welfare of the residents of East Liverpool, Ohio and Glasgow, Pennsylvania and made inquiries as to whether there were any concerns regarding the accuracy of that information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7/21/17          By:     Shilpa Patel
                                       Shilpa Patel
                                       Environmental Engineer
                                       United States Environmental Protection Agency